THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CASE NO. C20-0590-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SOUTHLAND ECO, LCC AND JAMES MAYTON AS TH EPERSONAL REPRESENTATIVE OF THE ESTATE OF AUSTIN TAYLOR MAYHAK, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of settlement (Dkt. No. 13). On September 29, 2020, Plaintiff filed a notice of settlement indicating that all claims against all parties in this action had been resolved and the parties anticipated the settlement would be completed within 90 days. (Dkt. No. 13 at 2.) To date, the parties have not filed a motion for the appointment of a settlement guardian ad litem or any other dismissal paperwork. The parties are ORDERED to file dismissal paperwork or a joint status report regarding the parties' progress in finalizing the settlement no later than 14 days from the date this order is issued. The Clerk is DIRECTED to statistically close this case.

MINUTE ORDER
C20-0590-JCC
PAGE - 1

1 | DATED this 18th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk