THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | CASE NO. C20-0590-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SOUTHLAND ECO, LLC AND JAMES MAYTON AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF AUSTIN TAYLOR MAYHAK, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulation of dismissal (Dkt. No. 17). Under Federal Rule of Civil Procedure 41(a)(1), the stipulation and notice of dismissal is self-executing. Accordingly, pursuant to the stipulation, all claims in this lawsuit are dismissed. The Clerk is DIRECTED to close the case.

DATED this 25th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk